IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TALLY ANN ROWAN,

        Plaintiff,                                          ORDER

    v.

                                                            09-cv-47-slc

PETER KILDE,

        Defendant.

---

        On February 18, 2009, this court granted plaintiff leave to proceed on two claims against the director of West CAP for allegedly violating her constitutional rights when he terminated plaintiff's Section 8 rental assistance voucher. Now before the court is defendant's motion to compel plaintiff to provide the information requested in interrogatories 2, 3, 4 and 6. Plaintiff did not respond to this motion.

        In his motion to compel, defendant seeks phone numbers from which plaintiff made calls to defendant and other West Cap employees. He states that this information is necessary to pinpoint the date and time the phone calls relevant to the claims in this case were placed. Although plaintiff provided one possible phone number for each interrogatory, she stated that there were numerous other possibilities. Defendant is entitled to know what these other numbers are. I will grant defendant's motion to compel plaintiff to produce all of the other possible phone numbers.

        In interrogatories 3 and 6 defendant sought identifying information for emails plaintiff sent to defendant and another West Cap employee. Because these emails are relevant to her claims, I will grant defendant's motion to compel plaintiff to produce the requested identifying information.

ORDER

IT IS ORDERED that defendant's motion to compel, dkt. # 24, is GRANTED. The information shall be provided to defendant's counsel not later than five days after plaintiff receives this order.

Entered this 29th day of October, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge