IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TALLY ANN ROWAN,

    Plaintiff,

v.

THE U.S. DEPARTMENT OF HUD,
PETER KILDE, STEPHANIE ELDER
and DELBERT REYNOLDS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-47-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants and dismissing this case.

_____   2/9/10
Peter Oppeneer, Clerk of Court               Date