IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TALLY ANN ROWAN,

   Plaintiff,            ORDER

v.

                    09-cv-47-slc

PETER KILDE,

   Defendant.

---

On February 8, 2009, the court granted defendant's motion for summary judgment. Still pending is defendant's motion to compel plaintiff to respond completely and accurately to his second set of discovery requests. This motion will be denied as moot because the case is now closed.

ORDER

IT IS ORDERED that defendant's motion to compel, dkt. #66, is DENIED as moot.

Entered this 9th day of February, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge